LOIS S. GOODWIN, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Claim No. 28470.)

Argued January 12, 1949; decided February 24, 1949.

*Nathaniel L. Goldstein, Attorney-General (Sidney B. Gordon* and *Wendell P. Brown* of counsel), for appellant.

*Lewis B. Parmerton, Robert V. R. Bassett* and *James S. Truman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.